

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2019

No. 04-18-00974-CV

**IN THE INTEREST OF L.G., J.G., AND J.G., CHILDREN,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1222-CV-D
Honorable Robin V. Dwyer, Judge Presiding

# O R D E R

On January 11, 2019, because the clerk's record did not contain a final order, we ordered Appellant to show cause why this appeal should not be dismissed for want of jurisdiction.

On January 16, 2019, a supplemental clerk's record was filed containing a copy of the trial court's final order signed on December 28, 2018.

Our January 11, 2019 show cause order is satisfied. We REINSTATE the appellate timetable.

On January 4, 2019, court reporter D'Lois L. Jones filed a notice of late record stating that Appellant was not entitled to a free record and Appellant has not made arrangements to pay for the record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's record has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond within the time provided, Appellant must file a brief with this court within TWENTY DAYS of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due TEN DAYS after Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).



Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court